UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-3349-MJ-REID

**UNITED STATES OF AMERICA**

**v.**

**CHRISTOPHER DANIEL STINES,**

    **Defendant.**
_____/

## ORDER OF DETENTION

**THIS CAUSE** is before the Court on the United States of America's ore tenus motion to detain Defendant Christopher Daniel Stines pending trial. The Defendant stipulated to pre-trial detention with a right to revisit. The parties appeared before the Court on August 27, 2019, to notify the Court of the stipulation. A hearing was not held.

**ORDERED AND ADJUDGED** that the Defendant is to be detained pending trial. The Defendant has the right to revisit his detention at any time.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2019.

By: _____
JACQUELINE BECERRA
United States Magistrate Judge